UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:17-cr-00185-JMS-TAB |
| BRADLEY KENNEDY (01), | ) ) ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt [90] recommending that Bradley Kennedy's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [90]. The Court finds that Mr. Kennedy committed Violation Numbers 1, 2, & 3 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [64 & 78]. The Court dismisses Violation Number 4 at dkt [78]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Kennedy is sentenced to time served and with no supervised release to follow.

Date: 2/14/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office